UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW V BRUGMAN,

    Plaintiff,

v.

MEDICAL STAFF AT CJ5 EXCLUDING NURSES MARISSA, CLARISSA AND DR. MICHELLE,

    Defendant.

Case No. 20-cv-02048-JST

**ORDER OF DISMISSAL**

On March 24, 2020, Plaintiff filed the instant *pro se* complaint under 42 U.S.C. § 1983. ECF No. 1. On May 20, 2020, the Court reviewed the complaint and found that it failed to state any cognizable claim for relief under Section 1983 and failed to identify by name the defendants he wished to sue. ECF No. 6. The Court granted plaintiff leave to amend the complaint. ECF No. 6. Plaintiff was instructed to file an amended complaint by June 17, 2020, and informed that the failure to do so would result in the dismissal of this action without further notice. *Id.* The deadline to file an amended complaint has passed, and plaintiff has not filed an amended complaint or otherwise communicated with the Court.[1]

/ / /

/ / /

---

[1] In addition, it appears that plaintiff's address has changed, yet he has not informed the Court of his new address as required by N.D. Cal. L.R. 3-11. Pursuant to Local Rule 3-11, the Court may, without prejudice, dismiss a complaint when mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable; and the Court fails to receive within 60 days of this return a written communication from the *pro se* party indicating a current address. Mail sent to plaintiff was returned as undeliverable on May 4, 2020 and on July 15, 2020. ECF Nos. 4, 9. Plaintiff has not communicated with the Court since filing his complaint on March 24, 2020.

Accordingly, for the foregoing reasons, and the reasons stated in the Court's May 20, 2020 order of dismissal with leave to amend, this action is DISMISSED for failure to state a claim upon which relief may be granted. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 25, 2020



_____
JON S. TIGAR
United States District Judge